Case 1:26-mj-00023-MAU     Document 1-1

Case: 1:26-mj-00023
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 2/4/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

### *The Offense*

On November 22, 2025, at approximately 4:15 p.m., two Metropolitan Police Department ("MPD") officers, Tamar Jean Baptiste and Nathalia Pietrantoni, reported through their police radios that they heard gunshots in the area of the 1700 block of Benning Road, NE, in Washington, D.C. Further, at approximately 4:14:26 p.m., ShotSpotter, an acoustic gunshot detection system, detected the sounds of three gunshots at 1717 H Street, NE, which is located in the vicinity of the 1700 block of Benning Road. Officer Jean Baptiste specifically reported that the sounds came from the area of 1705 Benning Road. Further, Officer Jean Baptiste provided the lookout of a potential suspect, a black male wearing a blue jacket. MPD officers, who responded to the scene, located the individual and determined that he was not involved in the shooting. Officers canvassed the area for evidence and found three .40 caliber cartridge casings—one with the headstamp GFL 40 S&W and two with the headstamp Win 40 S&W—in a walkway of the Benning Courts property, between 1709 and 1711 Benning Road.

**Figure 1. A map of the 1700 block of Benning Road. The Benning Courts property is outlined in purple. The yellow, red and green dots signify 1705, 1709 and 1711 Benning Road, respectively. The blue dot is 1717 H Street.**



On the date of the shooting, First District MPD Detective Christopher Smith reviewed closed-circuit television footage from the area of the gunshots but did not locate video footage of the offense. Thereafter, this case was assigned to MPD Detective Cassandra Velez. Detective Velez continued to search for and review evidence and discovered video footage which captured the shooting. The video footage, which was accurately time stamped, was in color and had no sound. The video footage showed as follows:

- <u>3:48:10 p.m.</u>—A black male wearing a black face mask lowered onto his chin and neck, a black Nike hooded sweatshirt, a black North Face puffer coat, black Nike joggers, and what appeared to be Nike Air Diamond Turf '93 sneakers (the "SUSPECT") and several other individuals were inside of 1709 Benning Road. The SUSPECT was holding what appeared to be a red smartphone in his left hand.

**Figure 2. A still from the video footage depicting the SUSPECT. His clothing and phone are visible.**



- <u>4:14:45 p.m.</u>—The SUSPECT exited 1709 Benning Road, and travelled eastbound on the walkway between 1709 and 1711 Benning Road.

**Figures 3, 4, and 5 (sequentially). The SUSPECT exiting 1709 Benning Road and walking towards the walkway between 1709 and 1711 Benning Road.**



- 4:15:24 p.m.—The complainant ("CW"), who has not been identified, rode a scooter westbound on the south sidewalk of the 1700 block of Benning Road.

**Figure 6. The SUSPECT (circled in red) on the walkway. CW (circled in yellow) was riding a scooter.**



- 4:15:26 p.m.—The SUSPECT, with his mask pulled up, appeared to produce a dark firearm from the front of his person (the footage does not capture the exact location from which the gun was pulled). The SUSPECT then raised the firearm in the direction of CW and appeared to shoot three times. Three clouds of smoke were visible from the muzzle area of the firearm. The firearm also displayed a backward motion, consistent with the firearm recoiling after a shot was fired.

**Figure 7. The SUSPECT aiming in the direction of CW.**



- 4:15:30 p.m.—The SUSPECT began walking westbound on the walkway between 1709 and 1711 Benning Road.

- 4:15:45 p.m.—The SUSPECT entered the lobby of 1709 Benning Road and walked out of sight toward the rear of the first floor.

**Figures 8, 9, and 10 (sequentially). The SUSPECT walking back to, and entering, 1709 Benning Road. In FIGURE 10, the SUSPECT is circled in red.**



- 4:16:59 p.m.—The SUSPECT returned from the rear of the first floor into the main lobby area. The SUSPECT was wearing the same clothing and shoes as he was before and during the offense except for the North Face jacket. The SUSPECT also lowered his face mask.

**Figure 11. The SUSPECT upon his return to the camera's view.**



For the next two and a half hours, the SUSPECT remained in the area of 1709 Benning Road and eventually removed his Nike hooded sweatshirt.

**Figure 12. The SUSPECT after he took his Nike sweatshirt off.**



*The Identification of the SUSPECT*

A security consultant for Horning, the company that owns Benning Courts ("W-1") reviewed video footage of the offense. W-1 tracks all the crimes happening on the Benning Courts property and collects video footage of the crimes as well as related police paperwork to assist Horning with the eviction of problem tenants. W-1 began consulting with Horning in 2016, and installed cameras on the Benning Courts property, which W-1 can review remotely. W-1 is thus familiar with the Benning Courts property, the people who live there and activity in the area. Upon

review of the video footage from the day of the offense, W-1 recognized and identified the SUSPECT as Cornelius WELCH and knew that WELCH had an active barring notice from the property. W-1 knew WELCH from 2021 when WELCH was arrested for a firearm. Although W-1 has never seen WELCH in person, W-1 has regularly seen WELCH on the Benning Courts property in video footage. W-1 would see WELCH approximately 2 to 3 times a week for several weeks and then not see him for a couple of months.

On November 24, 2025, W-1 sent MPD Officer Zurab Salavatov video footage of the SUSPECT. The footage included video prior to, during, and after the offense. Detective Velez spoke with Officer Salavatov about the three videos. Officer Salavatov stated that he could not identify the SUSPECT from the video of the offense because the SUSPECT was wearing a mask and the distance between the camera and the SUSPECT. Officer Salavatov, however, immediately recognized the suspect from the video footage prior to the offense as Cornelius WELCH. Officer Salavatov further explained that he has known WELCH for approximately three to four years, has frequently seen him in the Benning Courts area, and recalled being previously involved with arresting him for possession of a firearm.

Upon review of WELCH's criminal history, Detective Velez learned that, on September 6, 2024, WELCH was arrested on the Benning Courts property for unlawful entry, among other charges. Detective Velez reviewed body worn camera ("BWC") from Officer Salavatov, who was present at this arrest. In this video, Officer Salavatov approached WELCH stating, "Mr. Welch". WELCH was placed under arrest. During the arrest, Officer Salavatov walked to his patrol car, obtained a barring notice and showed it to WELCH.

Detective Velez located a police report for a shooting from October 24, 2025 that took place at 1707 Benning Road. WELCH was the victim of a shooting in this case. Detective Velez

reviewed BWC footage of MPD officers locating WELCH after the shooting. Detective Velez then compared BWC stills of WELCH from the date of the shooting to stills of the SUSPECT from the November 22 shooting. WELCH and the SUSPECT appear to be the same person.

**Figures 13 (left) and 14 (right). Figure 13 is from BWC footage from October 24, 2025. WELCH has a red phone in his hand. Figure 14 is from surveillance footage from November 22, 2025. The SUSPECT has a red phone in his hand.**

 

**Figures 15 (left) and 16 (right). Figure 15 is from October 24, 2025. WELCH has a mark or tattoo on his right hand. Figure 16 is from November 22, 2025. The SUSPECT has a mark or tattoo on his right hand (circled in light blue).**

 

**Figures 17 (left) and 18 (right). Figure 17 is from October 24, 2025. Figure 18 is from November 22, 2025. The SUSPECT and WELCH appear to be wearing the same Nike Air Diamond Turf '93 sneakers.**



### *WELCH'S Criminal History*

Detective Velez reviewed WELCH's criminal history. Prior to November 22, 2025, WELCH had been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court. Specifically, on June 9, 2016, in 2016 CF3 006418, WELCH pled guilty to armed robbery. On February 9, 2017, the court sentenced WELCH to 5 years of incarceration.

Accordingly, your affiant submits that probable cause exists to charge Cornelius WELCH with violating 18 U.S.C. § 922(g)(1) (unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year) and 22 D.C. Code § 402 (assault with a dangerous weapon).

_____
DETECTIVE CASSANDRA VELEZ
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 4th day of February 2026.*

                                                              _____
                                                              HONORABLE MOXILA A. UPADHYAYA
                                                              UNITED STATES MAGISTRATE JUDGE